U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 AUG 28 P 2: 21

STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KORDELL U. PAYNE,

    Defendant.

Case No.
[18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

**18-CR-172**

## INDICTMENT

### THE GRAND JURY CHARGES THAT:

1. On or about June 3, 2018, in the State and Eastern District of Wisconsin,

**KORDELL U. PAYNE,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Canik, model TP9SA, 9mm pistol, bearing serial number 15AP08134.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in this Indictment, the defendant, Kordell U. Payne, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition, involved in the offense of conviction, including, but not limited to: a Canik, model TP9SA, 9mm pistol, bearing serial number 15AP08134.

A TRUE BILL:

FOREPERSON

Date: 8-28-18

MATTHEW D. KRUEGER
United States Attorney

2